UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Westfield Insurance Company, | Court File No.: 09-583 (PAM/SRN) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Timron Precision Gear, Inc., | |
| Defendant. | |

Upon the foregoing Stipulation for Dismissal without Prejudice, it is hereby ordered as follows:

Any and all claims made by Plaintiff Westfield Insurance Company in this matter and any and all counterclaims made by Timron Precision Gear, Inc. are hereby dismissed, without prejudice, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

There being no just reason for delay, let judgment be entered accordingly.

Dated: August 10, 2009  BY THE COURT:

s/Paul A. Magnuson
Honorable Judge Paul Magnuson
United States Magistrate Judge